UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    16CR00838-02 (DLC)
                                          :
        -v-                               :        ORDER
                                          :
LAZARO MANUEL MARTINEZ-ALONZO,            :
                                          :
                Defendant.                :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

   As set forth on the record at the initial appearance on the violation of supervised release held on September 11, 2020, it is hereby

   ORDERED that as a condition of the defendant's bail release, the defendant is placed on home confinement with GPS monitoring. The defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall pay the costs of home confinement on a self payment or copayment basis as directed by the probation officer.

Dated:   New York, New York
         September 16, 2020

                                     _____
                                            DENISE COTE
                                     United States District Judge