```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :        16CR0838-02 (DLC)
         -v-                             :
                                         :            ORDER
Lazaro Manuel Martinez-Alonzo,           :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/2020

IT IS HEREBY ORDERED that C.J.A. counsel Mark S. DeMarco is appointed to represent the defendant on the violation of supervised.

Dated:   New York, New York
         September 17, 2020

                                    _____
                                          DENISE COTE
                                    United States District Judge