```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
UNITED STATES OF AMERICA,             :    16CR0838-02 (DLC)
                                      :
         -v-                          :         ORDER
                                      :
LAZARO MANUEL MARTINEZ-ALONZO,        :
                                      :
              Defendant.              :
-------------------------------------X
```

DENISE COTE, District Judge:

A status conference on the violation of supervised release was previously scheduled for 10:00 a.m. on November 13, 2020. It is hereby

ORDERED that the time of the November 13 conference is rescheduled for **3 p.m.**

An in-court proceeding may be available to the defendant. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following two questions by **November 5, 2020:**

1) If both an in-court and videoconference proceeding are available, does the defendant prefer the conference to be an in-court proceeding in Courtroom 18B, 500 Pearl Street, or through videoconference technology via Skype for Business?

2) If an in-court proceeding is unavailable, does the defendant consent to a videoconference proceeding?

Dated:    New York, New York
          October 29, 2020

                                         _____
                                              DENISE COTE
                                         United States District Judge