```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :     16cr838-02(DLC)
                                         :
              -v-                        :         ORDER
                                         :
LAZARO MANUEL MARTINEZ-ALONZO,           :
                                         :
              Defendant.                 :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2020

DENISE COTE, District Judge:

The defendant having informed the Court that he prefers that the November 13, 2020 conference on the violation of supervised release in this matter occur via a videoconference proceeding, as opposed to an in person proceeding, it is hereby

ORDERED that the conference shall proceed as scheduled on **November 13, 2020** at **3 p.m.** via the Skype for Business videoconference, if the Skype for Business platform is reasonably available. To access the conference, paste the following link into your browser:

**https://meet.lync.com/fedcourts-nysd/anthony_sampson/7WUM633F.**

To use this link, you may need to download software to use Skype's videoconferencing features.[1] Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above. Defense

---

[1] See Microsoft, Install Skype for Business (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.

counsel shall assist the defendant in testing his videoconference capability so that the defendant can participate by videoconference if that is feasible.

Users who do not have an Office 365 account may use the "Join as Guest" option. When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins. Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business. For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2] Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for

---

[2] See, e.g., Microsoft, Skype for Business on Mac (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.

Business, may access the conference audio using the following credentials:

    Call-in number:    **+19179332166**
    Conference ID:    **223290302**

IT IS FURTHER ORDERED that by **November 10, 2020,** defense counsel shall file a letter informing the Court whether counsel and the defendant have successfully tested Skype for Business. If the defendant and counsel are unable to successfully test Skype for Business, an Order will issue informing the parties whether the proceeding shall be rescheduled to occur in person.

Dated:    New York, New York
           November 5, 2020

                                              DENISE COTE
                                      United States District Judge