```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :    16CR0838-02 (DLC)
        -v-                              :
                                         :         ORDER
Lazaro Manuel Martinez-Alonzo,           :
                                         :
                Defendant.               :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that C.J.A. counsel Mark S. DeMarco is appointed to represent the defendant on the newly filed specification of the violation of supervised release conditions.

Dated:    New York, New York
           January 25, 2021

                                      _____
                                        DENISE COTE
                            United States District Judge