```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :    16cr0838-02 (DLC)
                                        :
            -v-                         :         ORDER
                                        :
LAZARO MANUEL MARTINEZ-ALONZO,          :
                                        :
                  Defendant.            :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the defendant shall surrender by **10 a.m.** on **January 29, 2021** to the U.S. Marshal's Office in this district, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         January 28, 2021

_____
DENISE COTE
United States District Judge