```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :     16CR0838-02 (DLC)
         -v-                             :
                                         :            ORDER
Lazaro Manuel Martinez-Alonzo,           :
                                         :
                 Defendant.              :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

At the January 28, 2021 arraignment on the violation of supervised release, the Court scheduled the next conference for February 11, 2021 at 11 a.m. The Court has since been informed that due to a conflict with another proceeding, the time must be moved. Accordingly, it is hereby

ORDERED that the time of the February 11 conference is rescheduled from 11 a.m. to **9 a.m.** using the CourtCall platform. Defense counsel is reminded that he will be given an opportunity to speak with the defendant by telephone for fifteen minutes before the proceeding begins (i.e., at 8:45 a.m.).

Dated:   New York, New York
         February 4, 2021

                              _____
                                      DENISE COTE
                              United States District Judge