```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    16cr838-02(DLC)
                                         :
            -v-                          :    ORDER
                                         :
LAZARO MANUEL MARTINEZ-ALONZO,           :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The next conference in this violation of supervised release proceeding is scheduled for **February 11, 2021** at **9 a.m.** The defendant is incarcerated. Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. If, due to the increase in demand for videoconference proceedings, a videoconference is not available it may be possible to arrange for a telephone conference. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following two questions by **noon** on **February 10, 2021**:

1) Does the defendant consent to have the conference proceed as a videoconference?

2) If a videoconference is unavailable, does the defendant consent to have a telephone conference?

If the defendant consents to either option, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         February 9, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge