```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
 UNITED STATES OF AMERICA        :
                                 :     ORDER
          - v. -                 :
                                 :     16 CR. 838-2 (DLC)
 LAZARO MARTINEZ-ALONSO,         :
                                 :
               Defendant.        :
                                 :
-- - - - - - - - - - - - - - - - X
```

WHEREAS on January 6, 2021, the United States Probation Department filed a violation report with the Court setting forth an alleged violation of the terms of supervised release committed by LAZARO MARTINEZ-ALONSO, the defendant;

WHEREAS on January 28, 2021, the Court arraigned the defendant on the violation specification and ordered that the defendant be remanded pending a violation hearing;

WHEREAS on January 29, 2021, the defendant surrendered to the custody of the United States Marshals Service;

WHEREAS on February 11, 2021, the Court held a conference during which the defendant admitted to the violation specification and the Court adjourned sentencing until April 16, 2021;

NOW THEREFORE IT IS HEREBY ORDERED that the defendant be released immediately from the custody of the United States Marshals Service pending sentencing on April 16, 2021;

IT IS FURHTER ORDERED that the defendant is hereby placed on bail pending sentencing and the Court re-imposes the terms and conditions of release as set forth in the December 04, 2020 Judgment (ECF No. 82) with the following amendments:

1. The defendant shall be placed on home detention to be monitored by GPS;

2. The defendant shall be restricted from leaving his residence at all times except for employment; education; religious services; medical; substance abuse; or mental health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities pre-approved by the probation officer.

3. The defendant shall contact his probation officer as soon as he is released from custody to arrange for GPS monitoring.

Dated:  New York, New York
        February 11, 2021

_____
DENISE COTE
United States District Judge