UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :        16cr838-2(DLC)
                                     :
          -v-                        :           ORDER
                                     :
LAZARO MANUEL MARTINEZ-ALONZO,       :
                                     :
                    Defendant.       :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

A sentencing on a specification of violation of supervised release is scheduled to occur on **June 18, 2021** at **11:00 AM.**  Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference.  Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following question by **5:00 PM** on **June 10, 2021:**

> Does the defendant consent to have the proceeding occur as a videoconference?

If the defendant consents to have the proceeding occur as a videoconference, please complete and file on ECF the written consent form attached to this Order if it is feasible to do so.

Dated:    New York, New York
          May 27, 2021

                              _____
                                      DENISE COTE
                              United States District Judge