```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    16cr838-02(DLC)
                                         :
            -v-                          :    ORDER
                                         :
LAZARO MANUEL MARTINEZ-ALONZO,           :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the sentencing regarding a specification of violation of supervised release scheduled for June 18 is adjourned to **June 23, 2021 at 2:00 PM** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         June 17, 2021

                                   _____
                                          DENISE COTE
                                   United States District Judge