UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :   16cr838-02(DLC)
                                         :
           -v-                           :   ORDER
                                         :
LAZARO MANUEL MARTINEZ-ALONZO,           :
                                         :
                     Defendant.          :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

   It is hereby

   ORDERED that the sentencing regarding a specification of violation of supervised release scheduled for **June 23, 2021** at 2:00 PM is adjourned to **3:00 PM on the same date** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         June 22, 2021

                                    _____
                                          DENISE COTE
                                    United States District Judge